**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI**

R. CHRISTOPHER WEST

    Plaintiff,

-vs-                                                  Case No. C-1-01-824

PAUL REVERE LIFE INSURANCE CO.,

    Defendants.

## JUDGMENT IN A CIVIL CASE

| | | |
|---|---|---|
| | **Jury Verdict.** | This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
| X | **Decision by Court.** | This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

**IT IS ORDERED AND ADJUDGED**

The Report and Recommendation is Adopted. Plaintiff's Motion to Reverse Administrative Decision is Denied and judgment is entered in favor of defendant. This case is Dismissed and Terminated on the docket of this Court..

Date:   March 31, 2004                                        JAMES BONINI., CLERK

                                                                  By:s/   Darlene Maury
                                                                  Darlene Maury, Deputy Clerk