JERRY S. SALLEE (0013303)
ATTORNEY FOR PLAINTIFF-APPELLANT

04 APR 20 PM 2:30

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| R. CHRISTOPHER WEST | Case No. C-1-01824 |
| Plaintiff, | Judge Weber |
| v. | (Magistrate Judge Sherman) |
| THE PAUL REVERE LIFE INSURANCE COMPANY | |
| Defendant. | **NOTICE OF APPEAL** |

Notice is hereby given that Plaintiff R. Christopher West in the above named case appeals to the United States Court of Appeals for the Sixth Circuit the final judgment rendered by the United States District Court entered in this action on the 31st day of March, 2004. A copy of the Judgment and Order of the District Court, adopting the Report and Recommendations of the Magistrate Judge, which are the basis of this appeal, are attached behind Tab 1. The Report and Recommendations previously issued by the Magistrate Judge are attached behind Tab 2.

Respectfully submitted,

*/s/ Jerry S. Sallee*

Jerry S. Sallee (0013303)
DINSMORE & SHOHL LLP
1900 Chemed Center
255 East Fifth Street
Cincinnati, OH 45202
(513) 977-8378 (phone)
(513) 977-8141 (fax)

Trial Attorney for Plaintiff-Appellant

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appeal was served by regular United States Mail, this 20th day of April, 2004, on C.J. Schmidt, Wood & Lamping LPA, 600 Vine Street, Suite 2500, Cincinnati, Ohio 45202-2491, Attorney for Defendant.

                                                   Jerry S. Sallee (0013303)

1005132.1