```
Tue Apr 20 14:18:29 2004

    UNITED STATES DISTRICT COURT

    CINCINNATI, OH

Receipt No.   100 422609
Cashier       kj1

Check Number:  116564

DO Code    Div No
 4661        1

Sub Acct Type Tender      Amount
1:086900  N     2          105.00
2:510000  N     2          150.00

Total Amount          $    255.00

DINSMORE & SHOHL

APPEAL FEE C-1-01-824




Tue Apr 20 14:18:29 2004

Check No.  116564
Amount $   255.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4661
```