# TRANSMISSION FORM

| District Court: | SD of Ohio (Western Division) | APPEAL INFORMATION to be completed by the Sixth Circuit |
|---|---|---|
| District Court Case No: | 1:01cv0824 | Court of Appeals Case No: 04-3507 |
| SHORT CAPTION | R. CHRISTOPHER WEST | NANCY BARNES Case Manager: |
| Plaintiff/Petitioner | vs. THE PAUL REVERE LIFE INSURANCE COMPANY | Date Filed: **FILED APR 2 2 2004 LEONARD GREEN, Clerk** |
| Defendant/Respondent | *provide pro se address IF NOT on the docket sheet | |
| District Court Judge: | HERMAN J. WEBER | Anything That Needs Special Attention |
| Court Reporter(s): | ACE REPORTING | NOTICE OF APPEAL(DOC.27) appealing ORDER(DOC.25) and FINAL JUDGMENT(DOC.26) entered on 3/31/2004. |
| From Deputy Clerk: | ARTHUR HILL | |
| Date: | 4/21/2004 | |
| $255.00 Appeal Filing Fee Paid?   YES | | |

### RECORD TRANSMISSION

I hereby certify that I have transmitted to the United States Court of Appeals for the Sixth Circuit the annexed documents consisting of:

Pleading(s) (including the pre-sentence report psi)    Volume(s)

Deposition(s)    Volume(s)        Exhibit(s)    Volume(s)

Transcript(s)    Volume(s)        **Sealed**    Volume(s)

   **Please indicate if this is a supplemental record:

which constitutes the CERTIFIED RECORD ON APPEAL, this

Clerk:    JAMES BONINI
_____
United States District Court