UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No: 04-3507

FILED
JAMES BONINI
CLERK

05 JUL 29 PM 12:08

Filed: July 28, 2005

R. CHRISTOPHER WEST

   Plaintiff - Appellant

v.

1:01 cv 824

THE PAUL REVERE LIFE INSURANCE COMPANY

   Defendant - Appellee

### MANDATE

Pursuant to the court's disposition that was filed 7/6/05 the mandate for this case hereby issues today.

No costs taxed

Filing Fee ...........$
Printing ............$

   Total ........$

A True Copy.

Attest:

_____
Deputy Clerk